# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TAGNETICS, INC., | : | |
| Appellant, | : | Case No. 3:19-cv-363 |
| v. | : | Judge Thomas M. Rose |
| KENNETH KAYSER, *et al.*, | : | |
| Appellees. | : | |

## ENTRY AND ORDER EXTENDING BRIEFING SCHEDULE

In Appellant's Renewed Motion to Extend Briefing Schedule (Doc. 4), Appellant Tagnetics, Inc. informed the Court that the transcript of the October 18, 2019 hearing (which gives rise to the instant appeal) cannot be acquired in sufficient time to fully brief this matter under the initial briefing schedule established on January 14, 2020.[1] For cause shown, and in accordance with Federal Rules of Bankruptcy Procedure 8018(a) and 9006(b), this Court exercises its discretion and extends each of the deadlines previously set in the matter for filing the Appellant Brief, Appellee Brief, and Appellant Reply Brief to the following:

a) Appellant Brief due on or before **February 27, 2020**;

b) Appellee Brief due on or before **March 12, 2020**; and

c) Appellant Reply Brief due on or before **March 26, 2020**.

Additionally, in accordance with Federal Rule of Bankruptcy Procedure 8019(a), this Court hereby **ORDERS** that each party file a statement—either within the party's initial brief or in a

---

[1] The initial briefing schedule set a deadline of 1/28/2020 for the Appellant Brief, 2/11/2020 for the Appellee Brief(s), and 2/25/2020 for the Appellant Reply Brief.

stand-alone filing—explaining why oral argument should, or need not, be permitted.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, January 24, 2020.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE