**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**(Western Division at Dayton)**

| | | |
|---|---|---|
| **TAGNETICS, INC.,** | * | |
| *Appellant,* | * | |
| **v.** | * | **CASE NO.: 3:19-cv-00363-TMR** |
| **KENNETH KAYSER,** *et al.*, | * | |
| *Appellees.* | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Pursuant to FED. R. APP. P. 3, notice is hereby given that Appellant Tagnetics, Inc.,

hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's

Entry and Order Affirming the Bankruptcy Court's October 25, 2019 Order and

Terminating Case [ECF No. 16], which was entered in this action on the 27th day of April,

2020.

Respectfully submitted,

_____*/s/ Stephen B. Stern*_____
Stephen B. Stern, Admitted Pro Hac Vice
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, MD 21401
(410) 216-7900 – Telephone
(410) 705-0836 - Facsimile
stern@kaganstern.com (email)

*Counsel for Appellant*
*Tagnetics, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 26, 2020, a copy of the foregoing Notice of Appeal was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) electronically by email to Kenneth W. Kayser. (drkwkayser@gmail.com), Ronald E. Early (ronald.earley1@gmail.com) and Jonathan Hager (pufferboater@gmail.com), and (iii) by **First Class U.S. Mail** on May 26, 2020 addressed to:

Kenneth W. Kayser
PO Box 115
Catawba, VA 24070

Ronald E. Early
6429 Winding Tree Drive
New Carlisle, OH 45344

Jonathan Hager
842 Paint Bank Road
Salem, VA 24153

MaryAnne Wilsbacher
Office of the United States Trustee
170 North High Street
Suite 200
Columbus, Ohio 43215


                                          */s/ Stephen B. Stern*
                                            Stephen B. Stern