```
Court Name: US District Court SDO
Division: 3
Receipt Number: 300DAY023782
Cashier ID: butlerp
Transaction Date: 05/28/2020
Payer Name: Kagan Stern Marinello
------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Kagan Stern Marinello
 Case/Party: D-OHS-3-19-CV-000363-001
 Amount:         $505.00
------------------------------
CHECK
 Remitter: Kagan Stern
 Check/Money Order Num: 1654
 Amt Tendered:   $505.00
------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00


A fee of $53.00 will be assessed on
all returned checks.
```