# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 08, 2021

Mr. Richard W. Nagel
Southern District of Ohio at Dayton
200 W. Second Street
Suite 712 Federal Building
Dayton, OH 45402-0000

          Re:  Case No. 20-3556, *In re: Tagnetics, Inc. v. Kenneth Kayser, et al*
               Originating Case No. : 3:19-cv-00363 : 3:19-bk-30822

Dear Mr. Nagel,

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Zachary Love
                                  For Julie Connor
                                  Case Manager

cc:  Mr. Ronald E. Earley
      Mr. Jonathan Hager
      Mr. Kenneth W. Kayser
      Mr. Stephen B. Stern

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-3556

_____

Filed: February 08, 2021

In re: TAGNETICS, INC.

      Debtor

-------------------------------

TAGNETICS, INC., aka Powershelf

      Appellant

v.

KENNETH W. KAYSER; RONALD E. EARLEY; JONATHAN HAGER

      Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 01/14/2021 the mandate for this case hereby issues today.

 COSTS:  None